No. 293.   WENNING *v.* PEOPLES BANK CO. ET AL.

*Per Curiam:* The motions to dismiss are granted and the appeal is dismissed.   The petition for writ of certiorari is denied.   MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS are of the opinion that this case should be set down for argument and that further consideration of the question of jurisdiction should be postponed to the hearing of the case on the merits.   *Elmer McClain* for appellant-petitioner.   *Kahl K. Spriggs* for the Peoples Bank Co. et al.; and *Carleton Carl Reiser* and *Alexander M. Heron* for Davis et al., appellees-respondents.